IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIE HARR, | Case 2:21-cv-1555-WSH |
| Plaintiff, | |
| v. | RE: Order at Entry 10 |
| JASON BUCZAK, | |
| Defendant. | |

RESPONSE TO THE ORDER TO SHOW CAUSE

Plaintiff Christie Harr ("Harr") disagrees with the defendants' assertions that some Westmoreland County charges were consolidated anywhere as no charges were ever initiated in Westmoreland County. The Information filed by the Commonwealth in both cases states conduct in Washington County with the information in one case stating Washington County and elsewhere. However, Harr entered a *nolo* plea to conduct purportedly occurring in Washington County only. Harr made it clear on the record that she entered no plea to any conduct occurring in Westmoreland County. The Commonwealth withdrew all claims relating to Westmoreland County and accepted the plea to Washington County conduct only, causing any allegations relating to Westmoreland County to be terminated in Harr's favor without any adjudication.

Therefore, the stay can be lifted; however, there should be no holding by the Court that some imaginary charges occurred from Westmoreland County and were consolidated or that Harr made any admission to any conduct relating to Westmoreland County allegations.

Respectfully submitted,

/s/ Christie Harr
Christie Harr
676 Reed Avenue
Monessen PA 15062
PLAINTIFF

FILED
NOV 22 2022
CLERK U.S. DISTRICT COURT
WEST. DIST OF PENNSYLVANIA

## CERTIFICATE OF SERVICE

The defendant appeared through counsel via the Court's ECF system and will receive electronic notification of this filing.

_/s/ Christie Harr_
Christie Harr.